UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 12-1850-JST (MLGx)                    Date:  November 2, 2012
Title:  Joseph L. DeClue Sr. v. Wells Fargo Bank, N.A., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Dwayne Roberts | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                      Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER REQUIRING DEFENDANT WELLS FARGO BANK, N.A. TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED**

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") removed this action from the Orange County Superior Court, case number 30-2012-00606029, on the basis of diversity jurisdiction. (Notice of Removal, Doc. 1.)  In its Notice of Removal, Wells Fargo asserts that Plaintiffs are citizens of California and that Wells Fargo is a citizen of South Dakota.  (*Id.* at 2-3.)  Specifically, Wells Fargo asserts that under *Wachovia Bank v. Schmidt*, 546 U.S. 303 (2006), and its progeny, a national banking association is a citizen only of the state in which its main office is located.  (*Id.* at 3.)  For the reasons set forth in this Court's Remand Order in *David Tran v. Wells Fargo Bank, N.A. et al.*, No. 5:12-cv-0016-JST (OPx) (C.D. Cal. Jul. 6, 2012), the Court disagrees with Wells Fargo's reading of *Schmidt*, and concludes that a national bank is also a citizen of the state in which its principal place of business is located.  Therefore, Wells Fargo is a citizen of California, and it appears the requirement of complete diversity is not met.  Accordingly, Defendant Wells Fargo is ordered to show cause no later than **November 16, 2012**, why this case should not be remanded for lack of subject-matter jurisdiction.

Initials of Preparer:  _____