UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

Case No.  SACV 12-1850-JST (MLGx)                                      Date:  November 16, 2012
Title:  Joseph L. DeClue Sr. v. Wells Fargo Bank, N.A., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

   Ellen Matheson                                       N/A
    Deputy Clerk                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                           Not Present

**PROCEEDINGS:** **(IN CHAMBERS)  ORDER (1) REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT, CASE NO. 30-2012-00606029; AND (2) DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS (Doc. 7)**

     On November 2, 2012, the Court ordered Defendant Wells Fargo Bank, N.A. ("Wells Fargo") to show cause why this case should not be remanded for lack of subject-matter jurisdiction.  (Doc. 6.)  The Court noted that it had previously concluded that Wells Fargo is a citizen of California, and therefore, the requirement of complete diversity is not met.  (*Id.*)  Wells Fargo filed a Notice of Non-Opposition on November 13, 2012, in which Wells Fargo stated that it does not oppose a remand in this action.  (Doc. 9.)  Accordingly, the Court concludes that it lacks subject-matter jurisdiction, and REMANDS this case to Orange County Superior Court, Case No. 30-2012-00606029.  Defendant's Motion to Dismiss is DENIED as MOOT, and the hearing set for January 11, 2013 at 2:30 p.m. is VACATED.

                                                                        Initials of Preparer:  enm